United States District Court
Southern District of Texas

**ENTERED**
January 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JIANHUA LING** | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. 4:16-cv-02961 |
| | § |
| **TEXAS FARMERS INSURANCE COMPANY** | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court pursuant to a Joint Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41 and it appearing that all parties consent to the requested relief;

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, and with each party to bear its own costs.

_____
**UNITED STATES DISTRICT JUDGE**

1